# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| KATHY L. LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Cause No. 1:19-CV-238-HAB-JPK |
| ANDREW SAUL, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation (ECF No. 29-1) related to the Motion for Authorization of Attorney Fees pursuant to 28 U.S.C. § 636(b)(1)(C) (ECF No. 25) was issued June 22, 2021, and the 14-day window to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 29-1) is ACCEPTED AND ADOPTED.

The Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. Section 406(b) (ECF No. 25), is GRANTED and a net award of fees in the amount of $4,065.72 to Plaintiff's Attorney pursuant to 42 U.S.C. § 406(b) is ordered. It is further ordered that, provided Plaintiff does not owe a debt subject to federal offset, the agency should direct payment of the $4,065.72 fee to Plaintiff's Attorney, Ann M Trzynka, from the balance of past-due benefits withheld from Plaintiff, and then release any remaining benefits as appropriate.

SO ORDERED on July 9, 2021.

                         s/ Holly A. Brady
                         JUDGE HOLLY A. BRADY
                         UNITED STATES DISTRICT COURT